

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00014-CR

Jerry Wayne **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-0421-CR-C
Honorable Doug Shaver, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 4, 2018.

_____
Rebeca C. Martinez, Justice